# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

  **Debtor:** DOMINIC W. TEDDER
  **Case Number:** 12-20949-CMB   **Chapter:** 13
  **Date / Time / Room:** THURSDAY, AUGUST 04, 2016 09:00 AM  3251 US STEEL
  **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/5/16 7:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

 #91 - Trustee's Certificate of Default Requesting Dismissal of Case
 #97 Response by Debtor containing required Proof of Payment
 R / M #:  91 / 0

*Appearances:*

 Debtor: Wright
 Trustee: Winnecour / Bedford / (Pail) / Katz

 Creditor:

*Proceedings:*

 Outcome:

 1. _____ Case Converted to Chapter 7
 2. _____ Case Converted to Chapter 11
 3. _____ Case Dismissed without Prejudice
 4. _____ Case Dismissed with Prejudice
 5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
 6. _____ The plan payment/term is increased/extended to _____, effective _____.
 7. _____ Plan/Motion continued to _____ at _____.

 8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
  Objections are due on or before _____.
  A hearing on the Amended Plan is set for _____ at _____.

 9. _____ Contested Hearing: _____ at _____.
 10. __X__ Other: Resolved through recommended order

7/27/2016   4:32:08PM