UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Case No. 12-20949CMB
DOMINIC W. TEDDER                                        Chapter 13

            Debtor(s)
Ronda J. Winnecour, Trustee                             Related to Document No.___91___
                    Movant
        vs.
DOMINIC W. TEDDER

            Respondent(s)

## ORDER

        AND NOW, this _5th_ day of ____August_____, _2016_, the Court
having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses
thereto, the following relief (as reflected by the checked boxes below) is **ORDERED,
ADJUDGED and DECREED:**

☐       This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief
        under any chapter for a period of 180 days from the date of this Order.

☐       This case is **DISMISSED**, without prejudice.

        If either of the above provisions is checked, indicating that this case is being dismissed, then it is
        **FURTHER ORDERED** as follows:

    A.      Each wage attachment issued in this case is now terminated. So that each employer
            knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this
            Order on each employer and file a proof of service within 10 days of the date of this
            Order.

    B.      This case is administratively closed.  However, Court retains jurisdiction over the
            Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon
            submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and
            Account, the Trustee is discharged from her duties in this case and this case will be
            closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)    the time deadline provided by state law; or

(2)    30 days after the date of this notice.

☒    This case is not dismissed. The plan term is extended to a total of _N/A_ months; the monthly plan payment amount is changed to $ _3405_ effective _8/2016_                .

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐    Other: _____
_____
_____
_____
_____
_____

FILED
8/5/16 7:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA
Dated : ___COURT - WDPA___

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge    **jah**

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20949-CMB
Dominic W. Tedder                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 3          Date Rcvd: Aug 05, 2016
                              Form ID: pdf900     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db          +Dominic W. Tedder,    612 Naysmith Road,    North Versailles, PA 15137-2342
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
             3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
cr          #+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13309139    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285-5075)
13367645     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13309140    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13407054    +City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13407023    +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13417195    +Deutsche Bank National Trust Company, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
             Mail Code: OH4-7126,    Columbus, OH 43219-6009
13309144    +Equitable Gas,    200 Allegheny Center Mall,    Pittsburgh, PA 15212-5352
13674414    +J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,,
             3815 South West Temple,    Salt Lake City, UT 84115-4412
13415987    +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Mail Code: OH4-7126,
             Columbus, Ohio 43219-6009
13330964    +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13570776    +National Capital Management LLC.,    PO BOX 12786,    Norfolk, VA 23541-0786
13309148    +One Main Bank,    P.O. Box 499,    Hanover, MD 21076-0499
13309152    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13309149    +Penn Hills Municipality,    c/o Portnoff Law Associates,    P.O. Box 391,
             Norristown, PA 19404-0391
13962262    +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021-2602
13407058    +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13407056    +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter 7 Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13309151    +Pittsburgh Water & Sewer Authority,    Penn Liberty Plaza I,    1200 Penn Avenue,
             Pittsburgh, PA 15222-4216
13487697     SLM Trust 2011-1 on behalf of United Student Aid F,    Attn : Bankruptcy Litigation Unit E3149,
             Wilkes Barre, PA 18773-9430
13353752     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13309154    #+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
13309155    +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2016 01:22:06
             PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13309141    +E-mail/Text: ccusa@ccuhome.com Aug 06 2016 01:06:05    Credit Collection USA,    P.O. Box 873,
             Morgantown, WV 26507-0873
13309142    +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 06 2016 01:06:48    Credit Management,
             2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13309143    +E-mail/Text: creditonebknotifications@resurgent.com Aug 06 2016 01:06:10    Credit One,
             P.O. Box 98872,    Las Vegas, NV 89193-8872
13309146    +E-mail/Text: bankruptcy@huntington.com Aug 06 2016 01:06:32    Huntingdon National Bank,
             P.O. Box 89424,    Cleveland, OH 44101-6424
13345275     E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 06 2016 01:06:47    Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
13309147    +E-mail/Text: bankruptcydepartment@tsico.com Aug 06 2016 01:06:57    NCO Financial Systems/99,
             PO Box 15630,    Department 02,    Wilmington, DE 19850-5630
13547322    +E-mail/Text: bknotice@ncmllc.com Aug 06 2016 01:06:43    National Capital Management, LLC.,
             8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13851459     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2016 01:22:53
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13323307     E-mail/Text: ebn@vativrecovery.com Aug 06 2016 01:06:15    Palisades Acquisition IX LLC,
             Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
             PO Box 40728,    Houston, TX  77240-0728
13320663     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2016 01:06:30
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
13309150     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2016 01:06:30    Pennsylvania Dept. of Revenue,
             Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13309153    +E-mail/PDF: pa_dc_claims@navient.com Aug 06 2016 01:22:32    Sallie Mae,    Box 9500,
             Wilkes Barre, PA 18773-9500
13309156    +Fax: 412-822-3187 Aug 06 2016 01:23:29    University Drive AHFCU,    P.O. Box 12053,
             Pittsburgh, PA 15240-0053
                                                                                    TOTAL: 14

District/off: 0315-2          User: jhel               Page 2 of 3                    Date Rcvd: Aug 05, 2016
                             Form ID: pdf900           Total Noticed: 40

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                 Allegheny County
cr                 City and SD of Pittsburgh
cr                 Deutsche Bank National Trust Company, as Trustee,
cr                 J.P. Morgan Chase Bank, N.A., as Servicer
cr                 JPMorgan Chase Bank, National Association
cr                 Pittsburgh Water & Sewer Authority
13309157           VA Pittsburgh Employees FCU
cr*                +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                     Norristown, PA 19404-3020
cr*                +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                     MEMPHIS, TN 38125-1741
13356663*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                     (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                     SAINT CLOUD MN 56302-9617)
13309145           ##+Foley Belsaw,   6300 Equitable Road,   Kansas City, MO 64120-2101
                                                                                  TOTALS: 7, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer
              agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle  Boyle-Ebersole   on behalf of Creditor    Deutsche Bank National Trust Company, as
              Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
              Backed Pass-Through Certificates, Series 2007-CH4 debersole@hoflawgroup.com,
              bbleming@hoflawgroup.com
              David H. Lipow    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
              dlipow@milsteadlaw.com
              Jeffrey R. Hunt   on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
              cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
              cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kevin H. Buraks   on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
              Kevin T. McQuail   on behalf of Creditor    JPMorgan Chase Bank, National Association
              ecfmail@mwc-law.com
              Leslie J. Rase, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
              lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
              Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
              Backed Pass-Through Certificates, Series 2007-CH4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

District/off: 0315-2          User: jhel              Page 3 of 3                Date Rcvd: Aug 05, 2016
                             Form ID: pdf900          Total Noticed: 40

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Shawn N. Wright    on behalf of Debtor Dominic W. Tedder shawn@shawnwrightlaw.com,
                 wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                    TOTAL: 14