Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dominic W. Tedder** : | Case No. 12−20949−CMB |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| Deutsche Bank National Trust Company, as : | |
| Trustee, on behalf of the holders of the J.P. : | |
| Morgan Mortgage Acquisition Trust 2007−CH4 : | Related to Claim No. 13 |
| Asset Backed Pass−Through Certificates, Series : | |
| 2007−CH4 : | |
| *Movant,* : | |
| : | |
| v. : | |
| Dominic W. Tedder : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

**ORDER**

      **AND NOW**, this **2nd day of September, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007−CH4 Asset Backed Pass−Through Certificates, Series 2007−CH4* at Claim No. 13 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dominic W. Tedder  
     Debtor

Case No. 12-20949-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Sep 02, 2016  
                       Form ID: 237      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
```
db            +Dominic W. Tedder,    612 Naysmith Road,    North Versailles, PA 15137-2342
13417195      +Deutsche Bank National Trust Company, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
               Mail Code: OH4-7126,    Columbus, OH 43219-6009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
           Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
           Backed Pass-Through Certificates, Series 2007-CH4 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          David H. Lipow    on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
          Kevin T. McQuail    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecfmail@mwc-law.com
          Leslie J. Rase, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
           lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
           Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
           Backed Pass-Through Certificates, Series 2007-CH4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Dominic W. Tedder shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 14
```