**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/24/2017

IN RE:

DOMINIC W. TEDDER
612 NAYSMITH ROAD
NORTH VERSAILLES, PA  15137
XXX-XX-3040          Debtor(s)

Case No.12-20949 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/24/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **JPMORGAN MORTGAGE ACQUISITION TRUST 2**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:1    INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*1580.52x(60+2)=LMT*FR DEUTSCHE-DOC 42*BGN 3/12 | CRED DESC:  PRIMARY RES MORTGAGE REG<br>ACCOUNT NO.:  6470 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number:2    INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  0.00<br>COMMENT:  RS/DOE*SURR/PL@CHASE HM FNC*CL=65676.74*FR JPM CHSE BNK-DOC 77 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4756 |
| **ONE MAIN BANK\*\***<br>PO BOX 70912<br>CHARLOTTE, NC  28272 | Trustee Claim Number:3    INT %:  0.00%<br>Court Claim Number:NC<br>CLAIM:  0.00<br>COMMENT:  SURR/PL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **PENN HILLS SD (PENN HILLS MUN) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:4    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  295E96:11*RS/DOE*SURR/PL*PORTNOFF LAW ASSOC LISTED AS CLTR~CONFIRM | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5E96 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:5    INT %:  3.00%<br>Court Claim Number:1<br>CLAIM:  666.86<br>COMMENT:  3040;09*$/CL-PL@0%/PL*JUDGMENT LIEN/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3040 |
| **PITTSBURGH WATER & SEWER AUTH\***<br>C/O JORDAN TAX SERVICE INC*<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:6    INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  174B228;11,12*SURR/PL*CL=1437.42 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  B228 |
| **CAPITAL ONE BANK NA\*\***<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7    INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  722.62<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7079 |
| **CREDIT COLLECTIONS USA++**<br>POB 873<br>LAS VEGAS, NV  89193 | Trustee Claim Number:8    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:9    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:10    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **FOLEY-BELSAW COMPANY**<br>6301 EQUITABLE RD., BOX 419593<br><br>KANSAS CITY, MO  64141 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **THE HUNTINGTON\*\***<br>POB 89424*<br><br>CLEVELAND, OH  44101-8539 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  HUNTINGDON NATIONAL BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **NCO FINANCIAL SYSTEMS INC(*)**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  19044 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*PROGRESSIVE INSURANCE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **SLM TRUST 2011-1 O/B/O USAF**<br>SALLIE MAE GUARANTEE SVCS MC E2148 USA<br>ATTN DEPOSIT OPERATIONS<br>PO BOX 7167<br>INDIANAPOLIS, IN  46207-7167 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  29,429.05<br>COMMENT:  NO NUM/SCH*SLM TRUST | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  3040 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  11,153.69<br>COMMENT:  REPO~NO NUM/SCH*FR SNTNDR-DOC 31*FR NCM-DOC 33*FR NCM-DOC 71*WNTS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br><br>MADISON, WI  53701 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*KAPP LAWN/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **UNIVERSITY DRIVE VAH FCU\*\***<br>C/O VA PITTSBURGH FCU(*)<br>1010 DELAFIELD RD<br>PITTSBURGH, PA  15215 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  2,504.59<br>COMMENT:  2BAVD/JSP-PL*UNS/SCH*NO AVOIDANCE FILED! | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3053 |
| **VA PITTSBURGH EMPLOYEES FCU\*\***<br>C/O ROBERT J FALL ESQ**<br>437 GRANT ST #1200<br>PITTSBURGH, PA  15219 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HILLS SEWAGE(*)**<br>C/O PORTNOFF LAW ASSOC LTD-DLNQ CLCTR<br>POB 3020<br>NORRISTOWN, PA  19404 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: 295E096;07,08*RS/DOE*SURR/PL*NT/SCH*W/23*CL=909.45 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: E096 |
| **PENN HILLS SEWAGE(*)**<br>C/O PORTNOFF LAW ASSOC LTD-DLNQ CLCTR<br>POB 3020<br>NORRISTOWN, PA  19404 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: 295E096;07,08;NON%*RS/DOE*SURR/PL*NT/SCH*W/22*CL=1384.80 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: E096 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS**<br>C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES<br>POB 40728<br>HOUSTON, TX  77240 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 46.77<br>COMMENT: NT/SCH*VERIZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2354 |
| **JPMORGAN MORTGAGE ACQUISITION TRUST 2**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 17,776.51<br>COMMENT: $/CONSENT OE-PL*FR DEUTSCHE-DOC 42*ARRS+ESCRW/OE | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 6470 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,050.00<br>COMMENT: NT/SCH*FIRST AMERICAN CAPTL RESOURCE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1342 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 510.00<br>COMMENT: NT/SCH*CP INVESTORS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1343 |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY COUNTY/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITY & SD OF PITT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MARGARET GAIRO ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA  19109 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br><br> BETHEL PARK, PA  15102 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  0.00 <br> COMMENT:  174B228;06-12*SURR/PL*W/32,33,34*CL=514.23 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  B228 |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br><br> BETHEL PARK, PA  15102 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  0.00 <br> COMMENT:  174B228;06-12*NON%*SURR/PL*W/31,33,34*CL=385.82 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  B228 |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br><br> BETHEL PARK, PA  15102 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  0.00 <br> COMMENT:  295E96;05*RS/DOE*SURR/PL*W/31,32,34*CL=71.29 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  5E96 |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br><br> BETHEL PARK, PA  15102 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  0.00 <br> COMMENT:  295E96;05*NON%*RS/DOE*SURR/PL*W/31-33*CL=101.30 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  5E96 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** <br> C/O JORDAN TAX SVC <br> 102 RAHWAY RD <br><br> MCMURRAY, PA  15317 | Trustee Claim Number:35  INT %:  0.00% <br> Court Claim Number:10 <br><br> CLAIM:  0.00 <br> COMMENT:  174B228;04-12*SURR/PL*W/36*CL=3372.39 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  B228 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** <br> C/O JORDAN TAX SVC <br> 102 RAHWAY RD <br><br> MCMURRAY, PA  15317 | Trustee Claim Number:36  INT %:  0.00% <br> Court Claim Number:10 <br><br> CLAIM:  0.00 <br> COMMENT:  174B228;04-12*NON%*SURR/PL*W/35*CL=1321.75 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  B228 |
| **PENNYMAC LOAN SERVICES LLC** <br> PO BOX 660929 <br><br> DALLAS, TX  75266-0929 | Trustee Claim Number:37  INT %:  0.00% <br> Court Claim Number:12 <br><br> CLAIM:  0.00 <br> COMMENT:  RS/DOE*SURR/PL-CNF*275/NTC-POSTPET FEE/EXP*REF CL*W/2*FR JPM CHSE BN | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  4756 |
| **EQUITABLE GAS CO (*)** <br> 225 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:38  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  5015078-156357*PMT/COE-PL*BGN 6/13*DK | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  6357 |
| **ALDRIDGE CONNORS LLP** <br> ATTN: BANKRUPTCY DEPARTMENT <br> FIFTEEN PIEDMONT CENTER <br> 3575 PIEDMONT RD NE STE 500 <br> ATLANTA, GA  30305 | Trustee Claim Number:39  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PENNYMAC LN SVC/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |