IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Dominic W. Tedder | ) | Case No. 12-20949CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | Related to:<br>Doc #_____105_____ |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| Dominic W. Tedder | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **April 12, 2017 at 10:00 a.m. before Judge Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **March 27, 2017.**

3/07/17
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

FILED
3/8/17 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20949-CMB
Dominic W. Tedder                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 3             Date Rcvd: Mar 08, 2017
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
```
db            +Dominic W. Tedder,    612 Naysmith Road,    North Versailles, PA 15137-2342
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13309139     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285-5075)
13367645      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13309140     +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13407054     +City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13407023     +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13417195     +Deutsche Bank National Trust Company, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                Mail Code: OH4-7126,    Columbus, OH 43219-6009
13309144     +Equitable Gas,    200 Allegheny Center Mall,    Pittsburgh, PA 15212-5352
13674414     +J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13415987     +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Mail Code: OH4-7126,
                Columbus, Ohio 43219-6009
13330964     +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13570776     +National Capital Management LLC.,    PO BOX 12786,    Norfolk, VA 23541-0786
13309148     +One Main Bank,    P.O. Box 499,    Hanover, MD 21076-0499
13309152     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13309149     +Penn Hills Municipality,    c/o Portnoff Law Associates,    P.O. Box 391,
                Norristown, PA 19404-0391
13962262     +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021-2602
13407058     +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13407056     +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter 7 Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13309151     +Pittsburgh Water & Sewer Authority,    Penn Liberty Plaza I,    1200 Penn Avenue,
                Pittsburgh, PA 15222-4216
13487697      SLM Trust 2011-1 on behalf of United Student Aid F,    Attn : Bankruptcy Litigation Unit E3149,
                Wilkes Barre, PA 18773-9430
13353752      Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13309154    #+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
13309155     +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2017 01:17:18
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13309141     +E-mail/Text: ccusa@ccuhome.com Mar 09 2017 00:55:44     Credit Collection USA,    P.O. Box 873,
                Morgantown, WV 26507-0873
13309142     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 09 2017 00:56:27     Credit Management,
                2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13309143     +E-mail/Text: creditonebknotifications@resurgent.com Mar 09 2017 00:55:47     Credit One,
                P.O. Box 98872,   Las Vegas, NV 89193-8872
13309146     +E-mail/Text: bankruptcy@huntington.com Mar 09 2017 00:56:11     Huntingdon National Bank,
                P.O. Box 89424,   Cleveland, OH 44101-6424
13345275      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 09 2017 00:56:22     Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13309147     +E-mail/Text: bankruptcydepartment@tsico.com Mar 09 2017 00:56:33     NCO Financial Systems/99,
                PO Box 15630,    Department 02,    Wilmington, DE 19850-5630
13547322     +E-mail/Text: bknotice@ncmllc.com Mar 09 2017 00:56:20     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13851459      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2017 01:02:01
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13323307      E-mail/Text: ebn@vativrecovery.com Mar 09 2017 00:55:50     Palisades Acquisition IX LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                PO Box 40728,    Houston, TX  77240-0728
13320663      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2017 00:56:00
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
13309150      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2017 00:56:00     Pennsylvania Dept. of Revenue,
                Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13309153     +E-mail/PDF: pa_dc_claims@navient.com Mar 09 2017 01:02:00     Sallie Mae,    Box 9500,
                Wilkes Barre, PA 18773-9500
13309156     +Fax: 412-822-3187 Mar 09 2017 01:00:37     University Drive AHFCU,    P.O. Box 12053,
                Pittsburgh, PA 15240-0053
                                                                                               TOTAL: 14
```

```
District/off: 0315-2           User: kthe              Page 2 of 3            Date Rcvd: Mar 08, 2017
                               Form ID: pdf900         Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             City and SD of Pittsburgh
cr             Deutsche Bank National Trust Company, as Trustee,
cr             J.P. Morgan Chase Bank, N.A., as Servicer
cr             JPMorgan Chase Bank, National Association
cr             Pittsburgh Water & Sewer Authority
13309157       VA Pittsburgh Employees FCU
cr*           +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                MEMPHIS, TN 38125-1741
13356663*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13309145     ##+Foley Belsaw,   6300 Equitable Road,    Kansas City, MO 64120-2101
                                                                                 TOTALS: 7, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
               Backed Pass-Through Certificates, Series 2007-CH4 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              David H. Lipow    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed
               Pass-Through Certificates, Series 2007-CH4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
              Kevin T. McQuail    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              Leslie J. Rase, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
               Backed Pass-Through Certificates, Series 2007-CH4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com

```
District/off: 0315-2          User: kthe               Page 3 of 3                  Date Rcvd: Mar 08, 2017
                              Form ID: pdf900          Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Dominic W. Tedder shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com

                                                                                                    TOTAL: 15