## PROCEEDING MEMO

**Date:** 04/12/2017 10:00 am

**In re:** Dominic W. Tedder

Bankruptcy No. 12-20949-CMB
Chapter: 13
Doc. # 105

**Appearances:** Audrey Rasmussen, Debtor.

**Movant(s):** ~~Winnecour/Bedford~~ / Pail / ~~Katz~~ s

**Respondent(s):** ~~Shawn N. Wright~~

**Creditor(s):**

**Nature of Proceeding:** Trustee's Motion to Dismiss Case

**Additional Pleadings:** #108 BNC Certificate of Mailing; #109 Debtor's Response

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

61 months into plan. Trustee would need approximately $15,000.00 to complete the plan.
Case dismissed without prejudice.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
4/12/17 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA