**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dominic W. Tedder**
   Debtor(s)

Bankruptcy Case No.: 12−20949−CMB

Chapter: 13
Docket No.: 111

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: April 12, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20949-CMB
Dominic W. Tedder                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 3                  Date Rcvd: Apr 12, 2017
                              Form ID: 225            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
```
db            +Dominic W. Tedder,    612 Naysmith Road,    North Versailles, PA 15137-2342
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13309140      +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13407054      +City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13407023      +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13417195      +Deutsche Bank National Trust Company, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                Mail Code: OH4-7126,    Columbus, OH 43219-6009
13309144      +Equitable Gas,    200 Allegheny Center Mall,    Pittsburgh, PA 15212-5352
13674414      +J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13415987      +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Mail Code: OH4-7126,
                Columbus, Ohio 43219-6009
13330964      +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13570776      +National Capital Management LLC.,    PO BOX 12786,    Norfolk, VA 23541-0786
13309148      +One Main Bank,    P.O. Box 499,    Hanover, MD 21076-0499
13309152      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13309149      +Penn Hills Municipality,    c/o Portnoff Law Associates,    P.O. Box 391,
                Norristown, PA 19404-0391
13962262      +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021-2602
13407058      +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13407056      +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter 7 Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13309151      +Pittsburgh Water & Sewer Authority,    Penn Liberty Plaza I,    1200 Penn Avenue,
                Pittsburgh, PA 15222-4216
13487697       SLM Trust 2011-1 on behalf of United Student Aid F,    Attn : Bankruptcy Litigation Unit E3149,
                Wilkes Barre, PA 18773-9430
13309155      +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Apr 13 2017 00:28:00      PRA Receivables Management, LLC,    PO Box 41067,
                Norfolk, VA 23541-1067
13309139       EDI: CAPITALONE.COM Apr 13 2017 00:28:00      Capital One,    PO Box 85520,
                Richmond, VA 23285-5075
13367645       EDI: CAPITALONE.COM Apr 13 2017 00:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
13309141      +EDI: CCUSA.COM Apr 13 2017 00:28:00      Credit Collection USA,    P.O. Box 873,
                Morgantown, WV 26507-0873
13309142      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 13 2017 00:35:08      Credit Management,
                2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13309143      +EDI: RCSFNBMARIN.COM Apr 13 2017 00:28:00      Credit One,    P.O. Box 98872,
                Las Vegas, NV 89193-8872
13309146      +E-mail/Text: bankruptcy@huntington.com Apr 13 2017 00:34:54      Huntingdon National Bank,
                P.O. Box 89424,    Cleveland, OH 44101-6424
13345275       EDI: JEFFERSONCAP.COM Apr 13 2017 00:28:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
13309147      +E-mail/Text: bankruptcydepartment@tsico.com Apr 13 2017 00:35:17      NCO Financial Systems/99,
                PO Box 15630,    Department 02,    Wilmington, DE 19850-5630
13547322      +E-mail/Text: bknotice@ncmllc.com Apr 13 2017 00:35:03      National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13851459       EDI: PRA.COM Apr 13 2017 00:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541
13323307       E-mail/Text: ebn@vativrecovery.com Apr 13 2017 00:34:22      Palisades Acquisition IX LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                PO Box 40728,    Houston, TX  77240-0728
13320663       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 00:34:48
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
13309150       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 00:34:48      Pennsylvania Dept. of Revenue,
                Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13309153      +EDI: NAVIENTFKASMSERV.COM Apr 13 2017 00:28:00      Sallie Mae,    Box 9500,
                Wilkes Barre, PA 18773-9500
13353752       EDI: DRIV.COM Apr 13 2017 00:28:00      Santander Consumer USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
13309154      +EDI: DRIV.COM Apr 13 2017 00:28:00      Santander Financial,    8585 North Stemmons Freeway,
                Dallas, TX 75247-3822
13309156       Fax: 412-822-3187 Apr 13 2017 00:47:11      University Drive AHFCU,    P.O. Box 12053,
                Pittsburgh, PA 15240
```

```
District/off: 0315-2          User: kthe              Page 2 of 3              Date Rcvd: Apr 12, 2017
                              Form ID: 225            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                TOTAL: 18

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              Deutsche Bank National Trust Company, as Trustee,
cr              J.P. Morgan Chase Bank, N.A., as Servicer
cr              JPMorgan Chase Bank, National Association
cr              Pittsburgh Water & Sewer Authority
13309157        VA Pittsburgh Employees FCU
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13356663*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13309145      ##+Foley Belsaw,    6300 Equitable Road,   Kansas City, MO 64120-2101
                                                                                 TOTALS: 7, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
               Backed Pass-Through Certificates, Series 2007-CH4 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              David H. Lipow    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed
               Pass-Through Certificates, Series 2007-CH4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
              Kevin T. McQuail    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              Leslie J. Rase, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
                lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset
               Backed Pass-Through Certificates, Series 2007-CH4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2           User: kthe              Page 3 of 3             Date Rcvd: Apr 12, 2017
                               Form ID: 225            Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Dominic W. Tedder shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                       TOTAL: 15