**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOMINIC W. TEDDER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:12-20949<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/28/2012 and confirmed on 05/29/2012 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 131,609.99 |
| Less Refunds to Debtor | 3,270.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 128,339.99 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,921.00 | |
| Trustee Fee | 4,533.92 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,454.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4756 | | | | |
| ONE MAIN BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD (PENN HILLS MUN) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5E96 | | | | |
| PA DEPARTMENT OF REVENUE* | 666.86 | 402.91 | 63.46 | 466.37 |
| Acct: 3040 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B228 | | | | |
| UNIVERSITY DRIVE VAH FCU** | 2,504.59 | 0.00 | 0.00 | 0.00 |
| Acct: 3053 | | | | |
| PENN HILLS SEWAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E096 | | | | |
| PENN HILLS SEWAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E096 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B228 | | | | |

| 12-20949 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: B228 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 5E96 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 5E96 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: B228 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY & SCHOOL DIST OF PITTSBURGH (RE<br>Acct: B228 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JPMORGAN MORTGAGE ACQUISITION TRU<br>Acct: 6470 | 0.00 | 100,098.57 | 0.00 | 100,098.57 |
| | JPMORGAN MORTGAGE ACQUISITION TRU<br>Acct: 6470 | 17,776.51 | 11,440.61 | 0.00 | 11,440.61 |
| | | | | | 112,005.55 |
| Priority | | | | | |
| | SHAWN N WRIGHT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DOMINIC W. TEDDER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DOMINIC W. TEDDER<br>Acct: | 3,270.00 | 3,270.00 | 0.00 | 0.00 |
| | SHAWN N WRIGHT ESQ<br>Acct: | 2,921.00 | 2,921.00 | 0.00 | 0.00 |
| | EQUITABLE GAS CO (*)<br>Acct: 6357 | 0.00 | 8,879.52 | 0.00 | 8,879.52 |
| | PENNYMAC LOAN SERVICES LLC<br>Acct: 4756 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 8,879.52 |
| Unsecured | | | | | |
| | CAPITAL ONE BANK NA**<br>Acct: 7079 | 722.62 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTIONS USA++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT ONE BANK<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | EQUITABLE GAS CO (*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | FOLEY-BELSAW COMPANY++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | THE HUNTINGTON**<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 1000 | 11,153.69 | 0.00 | 0.00 | 0.00 |
| | STATE COLLECTION SERVICE INC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | VA PITTSBURGH EMPLOYEES FCU**<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PALISADES ACQUISITION/PALISADES CLL<br>Acct: 2354 | 46.77 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*| 1,050.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1342 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 510.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1343 | | | | |
| SLM TRUST 2011-1 O/B/O USAF | 29,429.05 | 0.00 | 0.00 | 0.00 |
| Acct: 3040 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARGARET GAIRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE CONNORS LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                  120,885.07

TOTAL CLAIMED
PRIORITY            0.00
SECURED        20,947.96
UNSECURED      42.912.13

Date: 06/14/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com